IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EXSON EMMANUEL MEDINA-GARCIA | : | |
| | : | |
| Petitioner, | : | 3:26-cv-3273 |
| | : | (JUDGE MARIANI) |
| v. | : | |
| | : | |
| CRAIG LOWE, WARDEN PIKE COUNTY CORRECTIONAL FACILITY, *et al.*, | : | |
| | : | |
| Respondents. | : | |

ORDER

**AND NOW, THIS** 23rd **DAY OF NOVEMBER 2026**, upon consideration of Petitioner Exson Emmanuel Medina-Garcia's counseled verified petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), Respondents' response (Doc. 4), Petitioner's traverse (Doc. 5), and for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's habeas petition is **GRANTED**.
2. Respondents **SHALL IMMEDIATELY RELEASE** Petitioner Exson Emmanuel Medina-Garcia from the custody of the Warden of the Pike County Correctional Facility and **SHALL RETURN** to him all his personal belongings.
3. Respondents **SHALL CERTIFY COMPLIANCE** with the Court's Order by filing an affidavit or declaration pursuant to 28 U.S.C. § 1746 **no later than Monday November 30, 2026, at 5:00 P.M.**, confirming that Petitioner Exson Emmanuel

Medina-Garcia has been released from custody and that his personal belongings have been returned.

4. Upon Petitioner's release from the Pike County Correctional Facility, Respondents shall be **TEMPORARILY ENJOINED** from re-arresting or re-detaining Petitioner Exson Emmanuel Medina-Garcia for a period of **seven (7) days** to ensure that this habeas remedy is effective.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Robert D. Mariani
United States District Judge